## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **POLICARPIO VAZQUEZ RIVERA**<br><br>Plaintiff,<br><br>v.<br><br>**RANGER AMERICAN PUERTO RICO, INC.; DEFENDANTS A. B. C .**,<br><br>Defendants | **CIVIL NO. 21-1507 (DRD)** |

## JUDGMENT

Pursuant to the *Joint Stipulation for Voluntary Dismissal of Claims Based on Settlement Agreement* filed in the instant case. (Docket No. 20) the Court hereby **DISMISSES** the *Complaint* (*see* Docket No. 1), as to Defendant **WITH PREJUDICE** and without the imposition of costs or attorney's fees. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, this 19th day of December 2022.

*S/Daniel R. Domínguez*
Daniel R. Domínguez
United States District Judge